**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**TOMAS MORENO** **PLAINTIFF**

**v.** **CASE NO. 2:25-CV-00037-BSM**

**MB GLOBAL LOGISTICS, INC., *et al.*** **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 15th day of September, 2026.

UNITED STATES DISTRICT JUDGE